UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLEN HORTON II,

Plaintiff

v.

SCOTT DAVIS, et al.,

Defendants

Case No. 3:25-cv-00691-MMD-CLB

**ORDER**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. When Plaintiff initiated this case, the Court sent him an advisory letter with information about the legal process. (ECF No. 2.) That letter warned Plaintiff that this case could be dismissed if he failed to immediately notify the Court of any change of address. (*Id.* at 1.)

IT IS THEREFORE ORDERED that Plaintiff's has **until September 3, 2026**, to file his current address with the Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court with his current address.

DATED: August 4, 2026

UNITED STATES MAGISTRATE JUDGE