UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN HORTON II,<br>Plaintiff<br>v.<br>SCOTT DAVIS, et al.,<br>Defendants | Case No. 3:25-cv-00691-MMD-CLB<br>**ORDER** |

On August 4, 2026, the Court directed Plaintiff to file his current address with the Court by September 3, 2026. (ECF No. 7). The Court's order came back as undeliverable to Plaintiff at Lovelock Correctional Center, the last address that Plaintiff provided the Court. (ECF No. 8). However, the Lovelock Correctional Center law library included a notation that Plaintiff is at NNCC, which the Court construes as a reference to Northern Nevada Correctional Center. (*Id.*)

In light of this notation, the Court will extend the deadline for Plaintiff to file his current address with the Court and resend the Court's previous order to Northern Nevada Correctional Center. As explained in the Court's advisory letter (ECF No. 2), it is Plaintiff's responsibility to immediately update his address with the Court any time that his address changes. Plaintiff must either confirm that he is currently housed at Northern Nevada Correctional Center, or provide a different updated address, on or before **October 24, 2026**.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to send a courtesy copy of the Court's August 4, 2026, order (ECF No. 7), as well as a copy of this order, to Plaintiff at Northern Nevada Correctional Center.

It is further ordered that Plaintiff shall file his updated address with the Court on or before **October 24, 2026**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 24th day of September 2026.

UNITED STATES MAGISTRATE JUDGE